COMMONWEALTH of Pennsylvania, Respondent

v.

**Tyrik NELSON, Petitioner**

**No. 452 EAL 2016**

Supreme Court of Pennsylvania.

February 23, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Eddie Ray GRAY, Petitioner**

**No. 421 WAL 2016**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Robert L. BURGESS, Petitioner**

**No. 367 WAL 2016**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.